**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 03-7446**

————————

FELIBERTO DIAZ,

Plaintiff - Appellant,

versus

RANDY LEE; PAT BAILEY; DOCTOR MURPHY; THE
UTILIZATION REVIEW BOARD; BOYD BENNETT,

Defendants - Appellees.

————————

**No. 04-6246**

————————

FELIBERTO DIAZ,

Plaintiff - Appellant,

versus

PAT BAILEY,

Defendant - Appellee,

and

RANDY LEE; DOCTOR MURPHY; THE UTILIZATION
REVIEW BOARD; BOYD BENNETT,

Defendants.

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CA-01-732-5-BR)

Submitted:  June 16, 2004                    Decided:  August 11, 2004

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Feliberto Diaz, Appellant Pro Se.  Elizabeth F. Parsons, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, Renee Billings Crawford, CRAWFORD LAW OFFICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Feliberto Diaz appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm substantially on the reasoning of the district court. See Diaz v. Lee, CA-01-732-5-BR (E.D.N.C. Aug. 21, 2003; Jan. 7, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]We note that because the Utilization Review Board ("URB") is not a "person" under § 1983, it was not necessary for the district court to address the merits of Diaz's claims against it. See Will v. Mich. Dep't of State Police, 491 U.S. 58, 70 (1989).